**EXHIBIT A**

10/14/09

To Whom this May Concern
I Irene Carpinter
I am Writing Concerning Michael L Turman he my Son he my Third Son. he a Wonderful Young Man he has a good heart he very kind & Good to a Lots of Peoples he was Raise up in a Christen home. we went to church & he & his Brother was Ushers in Church he has Ten Childrens & Eight Grand Childrens & all of his kids he takes Care of & Love them Very Much. his father was Never their for them. I got married to Donald Carpinter & he Raised them & taken Care very Good Care of them he was Kindly Strict on them But he Love them & they Love him. I was their for them from day one & Still Love & pray for them everyday of my Life he always Come to See about me where Ever I was my health is not to Great for Now But I am Praying for them What Ever the problem he help me at work, he help me at home & take me to Doctors. what Ever it took he was their for me.

he Never turn his Back on me
he was Very helpful to me.
he as Very Good person. Husband
Son, a Father & Grandfather. Please
in Consideration he a Very good person
& I hope & Pray for him.

Thanks Very
much his mother
Irene Carpenter