**EXHIBIT E**

# Certificate of Participation

**awarded to:**
Michael Twynman

FOR COMPLETION OF TWELVE SESSIONS

IN THE **BASIC WRITING AND GRAMMAR PROGRAM**



S. Brown-Clark,
Teacher Supervisor
DATE September 2009

S. Sawyer, Educ.
Specialist

# Certificate of Achievement

awarded to

## Michael Twyman

For participating and completing 4 hours of "Some things Impact a Lifetime - Assault" class.

_____
F.A. Waters, Counselor

MARCH 2009

# Certificate of Completion

awarded to:

## Michael Twyman

### CREATIVE CARDS
### "Basic Art Class"

December 12, 2008
Date

_____
H.I. Heidel, Case Manager





