**EXHIBIT F**

Big Mike And Sons Car Wash On Wheels
No Job Is Too Big



Cell (323) 423-8967
Specializing In Low Riders & Hogs
Cars: 10.00   SUV: 20.00
Every Car Must Shine ☺

# Big Mike and Son's

# Car Wash on Wheels

## We will come to all locations
## No Job Is Too Big
Call us at (323)206-1991 or 126*924*7051

### Specializing in Low Riders

Cars: $10.00
Suv;s-            :$15.00    Trucks $20.00