PROB 12
(Rev. 11/04)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
March 18, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ____J.B.____ DEPUTY

U.S.A.   VS.   Michael Lynn Twyman                                             Docket No.:   CR07-01142-VBF

**Petition on Probation and Supervised Release (Modification)**

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Michael Lynn Twyman</u> who was placed on supervision by the Honorable <u>VALERIE B. FAIRBANK</u> sitting in the Court at <u>Los Angeles</u>, <u>California</u>, on the <u>9th</u> day of <u>November</u>, <u>2009,</u> who fixed the period of supervision at <u>1 year</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Michael Lynn Twyman admitted to associating with convicted felons, who are currently incarcerated in the Federal Bureau of Prisons, without permission, between the months of July 2014 and February 2015. It appears that a modification of his conditions is needed in order to address these violations.

The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Michael Lynn Twyman, as a special condition of supervision, shall participate for a period not to exceed 30 days in a home detention program which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification systems and shall observe all rules of such program, as directed by the Probation Officer. The offender shall maintain a residential telephone line without devices and/or services that may interrupt operation of the monitoring equipment; the cost of the location monitoring program shall be waived; the offender shall participate in and successfully complete a cognitive-based life skills program, as approved by the Probation Officer; and the offender shall submit to a search, at any time, with or without warrant, and by any law enforcement or Probation Officer, of the offender's person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects upon reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the offender, or by any Probation Officer in the lawful discharge of the officer's supervision functions.

|  |  |
|---|---|
| ORDER OF COURT | Respectfully, |
| Considered and ordered this  18th  day of  March , 20<u>15</u> and ordered filed and made a part of the records in the above case.<br><br>*Valerie Baker Fairbank*<br>Senior United States District Judge<br>HONORABLE VALERIE B. FAIRBANK | /S/ GREGORY J. METOYER<br>U. S. Probation Officer<br><br>Place:   <u>Inglewood, California</u><br><br>Approved:   /S/ PAUL B. PARSONS<br>Supervising U. S. Probation Officer<br><br>Date:   <u>March 17, 2015</u> |