TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MAX B. SHINER (Cal. Bar No. 187125)
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section
1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3308
Facsimile: (213) 894-3713
E-mail: max.shiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**See Attachment A**,<br>Defendant. | No. **See Attachment A**<br><br>NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A |

Plaintiff, United States of America, hereby advises the court that **Max B. Shiner** is departing the United States Attorney's Office, and all of the cases in **Attachment A** should have the contact information replaced with the generic USAO email used for docketing.

Dated: October 15, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

/s/
MAX B. SHINER
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

# ATTACHMENT A

**List of Cases with Max B. Shiner Listed as Counsel**

2:01-cr-01089-GAF
2:02-cr-00215-CAS
2:03-cr-00836-GHK
2:04-cr-01679-MMM
2:06-cr-00109-DSF
2:07-cr-00474-GAF
2:07-cr-01142-VBF
2:08-cr-00121-JSL
2:08-cr-00757-URC
2:08-cr-00817-DDP
2:08-cr-01063-MMM
2:08-cr-01064-GAF
2:08-cr-01073-SVW
2:08-cr-01235-PA
2:08-cr-01330-SVW
2:08-cr-01351-AG
2:08-cr-01358-CAS
2:08-cr-01373-JVS
2:09-cr-00028-MMM
2:09-cr-00030-CAS
2:09-cr-00092-SVW
2:09-cr-00115-PSG
2:09-cr-00130-R
2:09-cr-00135-RGK
2:09-cr-00245-RGK
2:09-cr-00308-GHK
2:09-cr-00310-ODW
2:09-cr-00313-GHK
2:09-cr-00690-RGK
2:09-cr-00691-RGK
2:09-cr-00705-GHK
2:09-cr-00709-R
2:09-cr-00720-MWF
2:09-cr-00721-PSG
2:09-cr-00734-ODW
2:09-cr-00736-GAF
2:09-cr-00801-GW
2:09-cr-00802-SVW
2:09-cr-00822-SVW
2:09-cr-00833-RGK
2:09-cr-00851-PSG
2:09-cr-00893-PA
2:09-cr-00920-JAK

2:09-cr-00921-AHM
2:09-cr-00955-DMG
2:09-cr-00956-RGK
2:09-cr-00964-PA
2:09-cr-00965-SJO
2:09-cr-00968-SJO
2:09-cr-00994-PSG
2:09-cr-00995-ODW
2:09-cr-01031-CAS
2:10-cr-00113-GHK
2:10-cr-00195-GW
2:10-cr-00975-GW
2:10-cr-01024-CAS
2:10-cr-01083-SVW
2:10-cr-01327-GHK
2:11-cr-00198-DDP
2:11-cr-00338-RGK
2:11-cr-00344-ODW
2:11-cr-00358-MMM
2:11-cr-00935-R
2:11-cr-01171-RGK
2:11-cv-03920-GAF
2:12-cr-00094-GW
2:12-cr-00122-JAK
2:12-cr-00160-JVS
2:12-cr-00260-DMG
2:12-cr-00428-GHK
2:12-cr-00449-VAP
2:12-cr-00452-CJC
2:12-cr-00567-RGK
2:12-cr-00675-MWF
2:12-cr-00675-MWF
2:12-cr-00751-GAF-ODW
2:12-cr-00752-PSG
2:12-cr-01103-RGK
2:12-cr-01178-VAP
2:12-cr-01206-R
2:12-cv-02879-PSG
2:12-cv-03138-CAS
2:13-cr-00334-GAF-DMG
2:13-cr-00404-DDP
2:13-cr-00448-JFW
2:13-cr-00494-DSF
2:13-cr-00708-JAK

2:13-mj-01872-DUTY
2:14-cr-00135-FMO
2:14-cr-00324-JFW
2:14-cr-00338-DMG
2:14-cr-00347-FMO
2:14-cr-00537-SVW
2:14-cr-00616-DMG
2:14-mj-01589-DUTY
2:15-cr-00213-ODW
2:15-cr-00461-JFW
2:15-cr-00550-DSF
2:15-cr-00628-JAK
2:15-mj-01959-DUTY
2:15-mj-02398-DUTY
2:16-cr-00022-DMG
2:16-cr-00326-DMG
2:16-cv-04006-RGK
2:16-cv-04100-TJH
2:16-mj-00369-DUTY
2:16-mj-01087-DUTY
2:17-cv-04409
2:17-cv-05506-SJO
2:18-cv-00318-SJO
2:18-mj-01307-DUTY
2:18-mj-01577-DUTY
2:18-mj-02369-DUTY
2:18-mj-03170-DUTY
2:18-mj-03175-DUTY
2:19-cr-00434-JFW
2:19-cr-00444-AB
2:19-cr-00753-JAK
2:19-cv-03147-SJO
2:19-mj-00752-DUTY
2:19-mj-01336-DUTY
2:19-mj-01337-DUTY
2:19-mj-01338-DUTY
2:19-mj-02493-DUTY
2:19-mj-02513-DUTY
2:19-mj-02516-DUTY
2:19-mj-04748-DUTY
2:20-cr-00240-GW
2:20-mj-01470-DUTY
2:20-mj-01679-DUTY
2:20-mj-01802-DUTY

2:20-mj-01803-DUTY
2:20-mj-01804-DUTY
2:20-mj-02009-DUTY
2:20-mj-02010-DUTY
2:20-mj-02011-DUTY
2:20-mj-02012-DUTY
2:20-mj-02013-DUTY
2:20-mj-03139-DUTY
2:20-mj-03140-DUTY
2:20-mj-03141-DUTY
2:20-mj-03613-DUTY
2:20-mj-03614-DUTY
2:20-mj-05378-DUTY
2:20-mj-05387-DUTY
2:20-mj-05388-DUTY
2:20-mj-05418-DUTY
2:20-mj-05419-DUTY
2:20-mj-05488-DUTY
2:20-mj-05949-DUTY
2:20-mj-06033-DUTY
2:20-mj-06034-DUTY
2:20-mj-06140-DUTY
2:20-mj-06141-DUTY
2:21-cm-00261-PSG
2:21-cv-03470-VAP
2:21-mj-00993-DUTY
2:21-mj-01028-DUTY
2:21-mj-01272-DUTY
2:21-mj-01282-DUTY
2:21-mj-03356-DUTY
2:21-mj-03358-DUTY
2:21-mj-03359-DUTY